1 Anoush Hakimi (SBN 228858)
2 anoush@handslawgroup.com
3 Peter Shahriari (SBN 237074)
4 peter@handslawgroup.com
5 Laura Steven (SBN 332168)
laura@handslawgroup.com
6 **THE LAW OFFICE OF HAKIMI & SHAHRIARI**
7 1800 Vine Street,
Los Angeles, CA 90028

8 Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

9 Attorneys for Plaintiff,
10 **PHILLIP WALKER**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ELSINORE DEVELOPERS, LLC, a Delaware limited liability company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01821-JFW-JEM<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

IT IS HEREBY STIPULATED by and between the Plaintiff Phillip Walker on the one hand, and Defendant Elsinore Developers, LLC, on the other hand, by themselves and/or through their respective attorneys of record that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

dismissal with prejudice of Defendants Elsinore Developers, LLC, from Plaintiff's Complaint, Case Number 2:21-cv-01821-JFW-JEM. The parties herein reached settlement of the present action.

    Since no Defendants shall remain in this action, Plaintiff requests that Plaintiff's Complaint be dismissed with prejudice in its entirety. Each party will be responsible for their own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: December 1, 2021 | **THE LAW OFFICE OF HAKIMI & SHAHRIARI** |
| | By: /s/Peter Shahriari |
| | Peter Shahriari, Esq. |
| | Attorneys for Plaintiff, Phillip Walker |
| Dated: December 1, 2021 | **THE HARTFORD FINANCIAL SERVICES GROUP, INC.** |
| | By: /s/ Katherine Liner |
| | Katherine Liner, Esq. |
| | Attorneys for Defendant, Elsinore Developers, LLC, |

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

PETER SHAHRIARI

*/s/ Peter Shahriari*
By: Peter Shahriari
Attorney for Plaintiff Phillip Walker

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS