Closed

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELSINORE DEVELOPERS, LLC, a Delaware limited liability company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01821-JFW-JEMx<br><br>*Hon. John F. Walter*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: February 26, 2021<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendant Elsinore Developers LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  December 9, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　　　　United States District Judge